1  MESERVY LAW, P.C.
   LONDON D. MESERVY (SBN: 216654)
2  5060 Shoreham Place, Suite 300
   San Diego, CA 92122
3  Telephone: 858.779.1276
   Facsimile:  866.231.8132
4
   DENTE LAW, P.C.
5  MATTHEW S. DENTE (SBN: 241547)
   matt@dentelaw.com
6  5060 Shoreham Place, Suite 300
   San Diego, CA 92122
7  Telephone: 619.550.3475
   Facsimile:  619.342.9668
8
9  Attorneys for Defendant ABC Legal Services, LLC

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA

12 | GEORGE JARVIS AUSTIN,        | Case No.: 3:24-cv-04185-WHO
13 |         Plaintiff,           | **DEFENDANT ABC LEGAL SERVICES, LLC'S CASE MANAGEMENT STATEMENT (CIVIL LOCAL RULE 16-9)**
14 |     v.                       |
15 | ABC LEGAL SERVICES, LLC,     |
16 |         Defendants.          |

Case No.: 3:24-cv-04185-WHO                    CASE MANAGEMENT STATEMENT

Defendant ABC Legal Services, LLC ("ABC") hereby submits its Case Management Statement under the Standing Order for All Judges of the Northern District of California and Civil Local Rule 16-9. Per Civil Local Rule 16-9(a), because Plaintiff George Jarvis Austin ("Plaintiff") is not represented by counsel, ABC is filing a separate Case Management Statement.

On October 15, 2024, this Court entered an Order granting ABC's Motion to Dismiss. (ECF No. 50.) In its October 15, 2024, Order, this Court gave Plaintiff the opportunity to file a motion for leave to file a Second Amended Complaint ("SAC") within 20 days and required that Plaintiff attach his proposed SAC to that motion. (ECF No. 50.) There is no operative complaint currently at issue in this matter.

As there is no operative complaint at issue, ABC is unable to address any of the items required to be contained in Case Management Statements under the Standing Order for All Judges of the Northern District of California.

Dated: November 24, 2024

MESERVY LAW, P.C.
DENTE LAW, P.C.

By: /s/ *London D. Meservy*
LONDON D. MESERVY (SB# 216654)

Attorneys for Defendant ABC Legal Services, LLC